UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN GRIGORYE SINANYAN,<br><br>          Petitioner,<br><br>   v.<br><br>ERNESTO SANTACRUZ JR., *et al.*,<br><br>          Respondents. | Case No. 5:26-cv-00395-CV (KES)<br><br>**ORDER ISSUING PRELIMINARY INJUNCTION [20] AND DISCHARGING OSC [18]** |

      On March 2, 2026, the Court issued a Temporary Restraining Order ("TRO"), which (1) enjoined Respondents from continuing to detain Petitioner unless he was provided with notice and an informal interview pursuant to 8 C.F.R. sections 241.13(i)(3) within seven calendar days of the filing date of the TRO, and (2) enjoined Respondents from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner. Doc. # 18 at 6. The TRO also ordered Respondents to show cause why a preliminary injunction should not issue by March 10, 2026 ("OSC"). *Id.*

On March 10, 2026, Respondents filed a response to the OSC, indicating that Petitioner had been released on February 4, 2026. Doc. # 19. On March 11, 2026, Petitioner filed an emergency motion for immediate release ("Motion"), requesting a temporary restraining order releasing him from custody. Doc. # 20. The Motion noted that Respondents' statement that Petitioner had been released on February 4, 2026 was incorrect, and argued that Respondents did not comply with the TRO, and that Petitioner must therefore be immediately released. *Id.*

On March 12, 2026, Respondents filed a response to the Motion, and an amended response to the OSC. Doc. ## 23, 24. In these filings, Respondents explained that Petitioner had not been released on February 4, 2026, and that the previous statement was made in error. Doc. # 23 at 2. Respondents further informed the Court that Petitioner was released from custody on March 12, 2026. Doc. # 23 at 2; Doc. # 24 at 2.

On March 13, 2026, the Court held a hearing on the Motion, and informed the parties that it intended to convert the Motion into a request for a preliminary injunction, and that it planned to issue a preliminary injunction ordering that: (1) Respondents are enjoined from re-detaining Petitioner without compliance with applicable INA Regulations, and (2) respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner. Neither party opposed the issuance of a preliminary injunction on such terms.

//
//
//
//
//
//
//
//

Accordingly, the Court hereby DISCHARGERS the OSC, GRANTS the Motion in part, and issues a Preliminary Injunction and ORDERS as follows:

1. Respondents are enjoined from re-detaining Petitioner without compliance with applicable INA Regulations.

2. Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner.

**IT IS SO ORDERED.**

Dated: 3/16/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE