O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN GRIGORYE SINANYAN,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>Respondents. | Case No. 5:26-cv-00395-CV-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP" at Dkt. 14), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 30). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered GRANTING the Petition. The Court adopts the rulings made in response to the renewed temporary restraining order application (Dkt. 18) and preliminary injunction (Dkt. 26) as the Court's final judgment. Specifically, Respondents are enjoined from re-detaining Petitioner unless he is provided with notice and an informal interview pursuant to 8 C.F.R. § 241.13(i)(3) and Respondent complies with all other applicable Immigration and Nationality Act regulations. To the extent Petitioner seeks further

relief, those requests are dismissed without prejudice as moot.

DATED:        5/29/26

*Cynthia Valenzuela*

Hon. Cynthia Valenzuela
UNITED STATES DISTRICT JUDGE

2