JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARMEN GRIGORYE SINANYAN,

Petitioner,

v.

ERNESTO SANTACRUZ JR., et al.,

Respondents.

Case No. 5:26-cv-00395-CV-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is GRANTED.

DATED:     5/29/26

*Cynthia Valenzuela*

Hon. Cynthia Valenzuela
UNITED STATES DISTRICT JUDGE